Lawrence E. Kirwin, Respondent, *v.* Common School District No. 9 of the Town of Islip et al., Appellants.

Argued September 30, 1937; decided October 19, 1937.

*David N. Lewis* and *Asa B. Kellogg* for appellants.

*Frank P. Nohowel* and *Paul E. DeFere* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ. Dissenting: HUBBS and FINCH, JJ.